**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6189**

MONTE DECARLOS WINSTON,

                    Plaintiff - Appellant,

          v.

UNITED STATES OF AMERICA,

                    Defendant – Appellee,

          and

FEDERAL BUREAU OF PRISONS; K. ANDERSON, DHD acting on behalf
of Federal Bureau of Prisons,

                    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge. (3:11-cv-00812-REP)

Submitted:  April 17, 2014          Decided:  April 22, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Monte Decarlos Winston, Appellant Pro Se.  Jonathan Holland
Hambrick, Assistant United States Attorney, Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Decarlos Winston appeals the district court's orders granting summary judgment to the United States and dismissing Winston's complaint filed under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2012), and denying Winston's Fed. R. Civ. P. 60 motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Winston v. United States, No. 3:11-cv-00812-REP (E.D. Va. Sept. 10, 2013 & Jan. 27, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED